| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Kovach, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | 19-15016 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................  $ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................  $ 0.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................................  $ 29,528,591.83

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................  $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$ 743,327.48

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b                                                                                                   $ 30,271,919.31

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor** — Current value of debtor's interest

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. | | | |

4. **Other cash equivalents** *(Identify all)*

   4.1.

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. Standard Triple Net Lease dated March 29, 2019 (deposit)
   32990 Alvarado-Niles Road, Suite 970
   Union City, CA 94587 — Unknown

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                                          $0.00

    Add lines 7 through 8. Copy the total to line 81.

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    _____ - _____ = ....    _____
                                 face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ - _____ =....     _____
                                 face amount        doubtful or uncollectible accounts

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                         % of ownership

    15.1. _____    _____ %     _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

Debtor   **Kovach, LLC**                                              Case number *(If known)*   **19-15016**
         Name

Describe:

16.1.

| | | |
|---|---|---|

17. **Total of Part 4.**
    Add lines 14 through 16. Copy the total to line 83.

### Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

    | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|
    | 19. **Raw materials** | | | | |
    | 20. **Work in progress** | | | | |
    | 21. **Finished goods, including goods held for resale** | | | | |
    | 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

Debtor   **Kovach, LLC**
         Name
                                        Case number *(If known)*  **19-15016**

|     | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|-----|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 28. | **Crops-either planted or harvested** | | | |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.
    ☐ Yes Fill in the information below.

|     | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|-----|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. | **Office furniture** | | | |

Debtor  **Kovach, LLC**  Case number (If known) **19-15016**
      Name

---

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    42.1.

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

    ■ No. Go to Part 9.
    ☐ Yes Fill in the information below.

    | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
    |---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1.

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1.

49. **Aircraft and accessories**

    49.1..

---

Debtor   Kovach, LLC                                    Case number (If known)   19-15016
         Name

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

    | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|

    55.1.

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

| | | |
|---|---|---|
| Debtor | **Kovach, LLC** | Case number *(If known)* **19-15016** |
| | Name | |

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Westchester Fire Insurance Co. D&O Policy No.**<br>**G46859340-002** | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| Debtor | **Kovach, LLC**<br>Name | Case number *(If known)* 19-15016 |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---:|---:|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.......................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $0.00 + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Kovach, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | 19-15016 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **Cadence Bank, N.A.**<br>Creditor's Name<br><br>**c/o Neal Kaminsky**<br>**Haynes and Boone, LLP**<br>**1221 McKinney Street**<br>**Suite 2100**<br>**Houston, TX 77010**<br>Creditor's mailing address<br><br>**neal.kaminsky@haynesboone.com**<br>Creditor's email address, if known<br><br>Date debt was incurred<br>**March 2018**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All assets**<br><br>Describe the lien<br>**Blanket Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29,528,591.83 | $0.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $29,528,591.83

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Fill in this information to identify the case:

Debtor name: Kovach, LLC
United States Bankruptcy Court for the: DISTRICT OF ARIZONA
Case number (if known): 19-15016

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Capital Premium Financing, Inc.**<br>**12235 South 800 East**<br>**Draper, UT 84020**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Liability Insurance**<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,609.94** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**CMiC**<br>**4850 Keele Street**<br>**Toronto, ON M3J 3K1**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Trade Payable**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Elizabeth Litzau**<br>**1452 S Revere**<br>**Mesa, AZ 85210**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **Wage Litigation**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Harsh Investment Properties**<br>**3875 Hopyard**<br>**Suite 249**<br>**Pleasanton, CA 94588**<br>Date(s) debt was incurred 03/29/2019<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Unpaid rent**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,325.00** |

| | | |
|---|---|---|
| Debtor | **Kovach, LLC** | Case number (if known) **19-15016** |
| | Name | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Hensel Phelps Construction Company**<br>**444 N 44th Street**<br>**Suite 105**<br>**Phoenix, AZ 85008**<br><br>Date(s) debt was incurred **12/18/2018**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade Payable**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Jose Cervantes**<br>**4617 Pickfair #B**<br>**Houston, TX 77026**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Wage Litigation**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**LinkedIn Corporation**<br>**62228 Collections Center Drive**<br>**Chicago, IL 60693-0622**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade Payable**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Martin McKinley**<br>**4824 N 153rd Ln**<br>**Goodyear, AZ 85395**<br><br>Date(s) debt was incurred **01/27/2016**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Employment Agreement**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$88,461.45** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Rosalio Gonzalez**<br>**5929 W Gardenia Ave**<br>**Glendale, AZ 85301**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Personal Injury Litigation**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Shank Glazing Solutions**<br>**504 S 2nd Ave**<br>**Safford, AZ 85546**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade Payable**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,780.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Shawn Frye**<br>**5407 Chimney Rock Rd**<br>**Unit A**<br>**Fort Worth, TX 76112**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **EEOC Litigation**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| | | | |
|---|---|---|---|
| Debtor | Kovach, LLC | Case number (if known) | 19-15016 |
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$464,073.65** |
|---|---|---|---|
| | Stephen Kovach V<br>2332 W Wildhorse Drive<br>Chandler, AZ 85286 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/16/2018 | **Basis for the claim:** General Release Agreement | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$168,077.44** |
|---|---|---|---|
| | The Realty Associates Fund XI Portfolio<br>28 State Street<br>Boston, MA 02109 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  02/26/2018 | **Basis for the claim:** Breach of Lease Agreement | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | Paul M. Weiser<br>Buchalter<br>16435 North Scottsdale Road, Suite 4400<br>Scottsdale, AZ 85254-1754 | Line  3.13 <br><br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 743,327.48 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 743,327.48 |

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Premium Finance Agreement for Professional Liability Insurance** | |
| | State the term remaining | | **Capital Premium Financing, Inc.** |
| | List the contract number of any government contract | | **12235 South 800 East** |
| | | | **Draper, UT 84020** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Premium Finance Agreement for Umbrella and Cyber Crime Policy** | |
| | State the term remaining | | **Capital Premium Financing, Inc.** |
| | List the contract number of any government contract | | **12235 South 800 East** |
| | | | **Draper, UT 84020** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement effective as of January 25, 2016** | |
| | State the term remaining | | **Clayton Walker** |
| | List the contract number of any government contract | | **44418 W Adobe Circle** |
| | | | **Maricopa, AZ 85139** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Triple Net Lease dated March 29, 2019** | |
| | State the term remaining | | **Harsh Investment Properties** |
| | List the contract number of any government contract | | **3875 Hopyard** |
| | | | **Suite 249** |
| | | | **Pleasanton, CA 94588** |

| Debtor 1 | Kovach, LLC | | Case number *(if known)* | 19-15016 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5.  State what the contract or lease is for and the nature of the debtor's interest  **Pendry West Hollywood Hotel Subcontract dated July 12, 2017**  State the term remaining  List the contract number of any government contract | **Hunt Construction Group, Inc.**  **7720 N 16th Street**  **Suite 100**  **Phoenix, AZ 85020** |
| 2.6.  State what the contract or lease is for and the nature of the debtor's interest  **Employment Agreement effective as of January 29, 2016**  State the term remaining  List the contract number of any government contract | **James Hatch**  **2972 E Fruit Vale Ave**  **Gilbert, AZ 85297** |
| 2.7.  State what the contract or lease is for and the nature of the debtor's interest  **Employment Agreement effective as of January 27, 2016**  State the term remaining  List the contract number of any government contract | **Jeremy Krauter**  **3535 E Glacier Place**  **Chandler, AZ 85249** |
| 2.8.  State what the contract or lease is for and the nature of the debtor's interest  **Commercial Umbrella Liability Coverage Policy effective January 1, 2019**  State the term remaining  List the contract number of any government contract | **Navigators Insurance Company**  **2101 4th Avenue #1850**  **Seattle, WA 98121** |
| 2.9.  State what the contract or lease is for and the nature of the debtor's interest  **Lease Agreement dated February 26, 2018 for premises located at 9230 S. Farmer Avenue, Tempe, AZ 85254**  State the term remaining  List the contract number of any government contract | **The Realty Associates Fund XI Portfolio**  **28 State Street**  **Boston, MA 02109** |
| 2.10.  State what the contract or lease is for and the nature of the debtor's interest  **Settlement Agreement dated June 19, 2019**  State the term remaining | **The Realty Associates Fund XI Portfolio**  **28 State Street**  **Boston, MA 02109** |

Official Form 206G  Schedule G: Executory Contracts and Unexpired Leases  Page 2 of 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor 1 | Kovach, LLC | | | Case number (if known) | 19-15016 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Property and Commercial Inland Marine Insurance Policy effective January 1, 2019**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Travelers Property Casualty Company of America**<br>**PO Box 5600**<br>**Hartford, CT 06102-5600** |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Employment Agreement effective as of October 31, 2018**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Troy Garrett**<br>**3195 W Armstrong Place**<br>**Chandler, AZ 85286** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Workers Compensation and Employers Liability Insurance Policy effective January 1, 2019**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Zurich American Insurance Company**<br>**1299 Zurich Way**<br>**Schaumburg, IL 60196-1056** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Contractor's Protective Professional Indemnity and Liability Insurance Policy effective February 1, 2019**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Zurich American Insurance Company**<br>**1299 Zurich Way**<br>**Schaumburg, IL 60196-1056** |
| 2.15. State what the contract or lease is for and the nature of the debtor's interest<br><br>**Commercial Auto Insurance Policy effective January 1, 2019**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Zurich American Insurance Company**<br>**1299 Zurich Way**<br>**Schaumburg, IL 60196-1056** |

| Debtor 1 | Kovach, LLC | | | Case number (*if known*) | 19-15016 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

# Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **General Liability Insurance Policy effective January 1, 2019** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Zurich American Insurance Company**<br>**1299 Zurich Way**<br>**Schaumburg, IL 60196-1056** |

Official Form 206H
# Schedule H: Your Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **WHPH Holdings, LLC** | **3195 W Armstrong Place Chandler, AZ 85286** | **Cadence Bank, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **WHPH Kovach Intermediate Holdings, LLC** | **3195 W Armstrong Place Chandler, AZ 85286** | **Cadence Bank, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **WHPH Kovach, Inc.** | **3195 W Armstrong Place Chandler, AZ 85286** | **Cadence Bank, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |